# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERI TAYLOR, | Case No.  1:20-cv-00881-AWI-SAB |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE NOTICE OF STATUS OF DEFENDANT OR A REQUEST FOR ENTRY OF DEFAULT |
| v. | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | FIVE DAY DEADLINE |
| Defendant. | |

Cheri Taylor ("Plaintiff") filed this action against Unum Life Insurance Company of America ("Defendant").  On July 14, 2020, Plaintiff returned a proof of service demonstrating that Defendant had been personally served on July 1, 2020.  (ECF No. 5.)

Rule 12 of the Federal Rules of Civil Procedure provides that a responsive pleading must be filed within twenty one days of being served with the summons and complaint.  Fed. R. Civ. P. 12(A)(i).  Since Defendant was personally served, the time for a responsive pleading to be filed has passed.  Defendant has not responded to the complaint and Plaintiff has not filed a stipulation to extend time for Defendant to respond nor a request for entry of default.

Accordingly, IT IS HEREBY ORDERED that within **five (5) days** of the date of entry of this order, Plaintiff shall either file a request for entry of default or a notice informing the Court of the status of the Defendant.

IT IS SO ORDERED.

Dated:  __July 31, 2020__

_____
UNITED STATES MAGISTRATE JUDGE