# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERI TAYLOR,<br><br>    Plaintiff,<br><br>v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>    Defendant. | Case No.  1:20-cv-00881-AWI-SAB<br><br>ORDER VACATING ORDER REQUIRING PLAINTIFF TO FILE NOTICE OF STATUS OF DEFENDANT OR A REQUEST FOR ENTRY OF DEFAULT |

Cheri Taylor ("Plaintiff") filed this action against Unum Life Insurance Company of America ("Defendant").  On July 31, 2020, the Court issued an order requiring Plaintiff to file notice of status of the defendant or a request for entry of default.  However, it was overlooked that a stipulation to extend time to respond to the complaint had been filed on July 8, 2020.

Accordingly, the July 31, 2020 order requiring Plaintiff to file notice of status of defendant or request entry of default is HEREBY VACATED.

IT IS SO ORDERED.

Dated:  __**July 31, 2020**__                                    _____
                                                                                UNITED STATES MAGISTRATE JUDGE

1