# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERI TAYLOR, | Case No. 1:20-cv-00881-AWI-SAB |
| Plaintiff, | ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS |
| v. | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | (ECF No. 12) |
| | THIRTY DAY DEADLINE |
| Defendant. | |

On September 3, 2020, a notice of settlement was filed informing the Court that the parties have reached settlement resolving this action. (ECF No. 12.)

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. The parties shall file dispositional documents within thirty (30) days of the date of entry of this order.

IT IS SO ORDERED.

Dated:   **September 4, 2020**

UNITED STATES MAGISTRATE JUDGE

1